AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

SPY OPTIC INC., a California Corporation )
)
)
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No. 6:16-CV-1519-ORL-18-GJK
)
SATELITE INVESTMENTS LLC, a Florida Limited )
Liability Company, et al. )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SATELITE INVESTMENTS, LLC
By servings its Registered Agent: Nilesh Shah
4802 Solitary Drive
Rockledge, Florida 32955

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Boulevard, #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/25/2016

_____
*Signature of Clerk or Deputy Clerk*